**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Marijayne E. Peer <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 14-22254 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 and index same on the master mailing list.

          Respectfully submitted,

          **/s/ James C. Warmbrodt, Esquire**
          James C. Warmbrodt, Esquire
          jwarmbrodt@kmllawgroup.com
          Attorney I.D. No. 42524
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106
          Phone: (215)-627-1322
          Attorney for Movant/Applicant