**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARIJAYNE E PEER <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:14-22254 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/31/2014 and confirmed on 07/21/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,179.86 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,179.86 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,495.66 | |
| Trustee Fee | 552.23 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,047.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON TRUST CO- <br> Acct: XXX5867 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON TRUST CO- <br> Acct: XXXXXX5867 | 0.00 | 8,394.43 | 0.00 | 8,394.43 |
| BANK OF NEW YORK MELLON TRUST CO- <br> Acct: XXXXXXXXXXXX5/14 | 56,998.94 | 0.00 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURGH (RE <br> Acct: XXXXXX0;14 | 612.75 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXX0-14 | 446.40 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH* <br> Acct: XXXXXX0;14 | 385.95 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* <br> Acct: XXXXXXXXXXXXXXNON% | 205.10 | 0.00 | 0.00 | 0.00 |
| | | | | 8,394.43 |
| Priority | | | | |
| BRIAN C THOMPSON ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 14-22254 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | MARIJAYNE E PEER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 7,000.00 | 3,495.66 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 1,456.54 | 0.00 | 1,456.54 |
| | Acct: XXXXXXXXXX9110 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 281.00 | 281.00 | 0.00 | 281.00 |
| | Acct: XXXXXXXX JAD | | | | |
| | | | | | 1,737.54 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 1,177.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 9002 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 319.01 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX3407 | | | | |
| | ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X3C87 | | | | |
| | AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX7828 | | | | |
| | CNAC | 4,787.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 1616 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: LO68 | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX9957 | | | | |
| | DR LEANARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX7828 | | | | |
| | ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX4424 | | | | |
| | US DEPARTMENT OF EDUCATION | 14,485.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 1894 | | | | |
| | FIDELITY PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5430 | | | | |
| | PREMIER BANKCARD/CHARTER | 485.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 2146 | | | | |
| | GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX7579 | | | | |
| | GRANDPOINTE | 172.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 16GC | | | | |
| | IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX1001 | | | | |
| | SALLIE MAE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXX2006 | | | | |
| | SPRINT CORP(*) | 494.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 4384 | | | | |
| | THE SWISS COLONY | 110.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 984A | | | | |
| | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XX3908 | | | | |
| | WEST PENN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X64WC | | | | |
| | CREDIT ACCEPTANCE CORP* | 2,110.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 9057 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 12,777.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 0495 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 179.49 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX5429 | | | | |
| | QUANTUM3 GRP LLC AGNT - GALAXY INTL | 419.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 5780 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PREMIER BANKCARD/CHARTER | 348.24 | 0.00 | 0.00 | 0.00 |
| | Acct: 0758 | | | | |
| | STONEBERRY | 93.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 9C2G | | | | |
| | K JORDAN | 206.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 9B2J | | | | |
| | K JORDAN | 206.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 9B2J | | | | |
| | STONEBERRY | 93.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 9C2G | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 886.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 0026 | | | | |
| | UNITED STUDENT AID FUNDS/USAF* | 1,207.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 2779 | | | | |
| | AT & T MOBILITY II LLC | 1,431.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 6039 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX3407 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 459.31 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX2808 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 102.06 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXX0201 | | | | |
| | LEVEL FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1894 | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DAVID NEEREN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                              10,131.97

TOTAL CLAIMED
PRIORITY         281.00
SECURED       58,649.14
UNSECURED     42.554.40

Date: 05/22/2017                            /s/ Ronda J. Winnecour
                                            RONDA J WINNECOUR PA ID #30399
                                            CHAPTER 13 TRUSTEE WD PA
                                            600 GRANT STREET
                                            SUITE 3250 US STEEL TWR
                                            PITTSBURGH, PA  15219
                                            (412) 471-5566
                                            cmecf@chapter13trusteewdpa.com